UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO COLLAZO.,

                          Plaintiff,

          -against-

THE BANK OF AMERICA INC. (BANA).,

                          Defendant.

25 CIVIL 06399 (CS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in

the Court's Opinion & Order dated June 29, 2026, Defendant's motion to dismiss is GRANTED;

accordingly, the case is closed.

**Dated:**   New York, New York
          July 1, 2026

                                    **TAMMI M. HELLWIG**
                                    **Clerk of Court**

          **BY:**

                                    **Deputy Clerk**